AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

LAMARR ROWELL,

       Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:12-cv-00403-LRH-WGC**

STEVE WOLFSON, Clark County
District Attorney,

       Respondent.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion for declaratory judgment (#8) is **DISMISSED WITH PREJUDICE**.

  January 29, 2013                                 **LANCE S. WILSON**
                                                          Clerk


                                                    /s/ D. R. Morgan
                                                      Deputy Clerk